# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Travelers Casualty Insurance Company of America

                          Plaintiff,

v.                                                   Case No.: 1:23−cv−01154

                                                         Honorable Sara L. Ellis

Westward Management Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 10, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Agreed motion of defendant Westward Management, Inc. for a second extension of time to answer or otherwise plead [13] is terminated as moot. Deadline to file amended complaint is 6/23/23. Defendants' response is due 7/24/2023. Amended joint status report is due by 7/18/2023. Telephone conference set for 5/10/2023 is stricken and reset to 7/25/2023 at 9:30 a.m. Attorneys/Parties should appear for the hearing by calling the TollFree Number: (866) 4345269, Access Code: 8087837. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference callin will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of courtissued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.